## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Walter Raymond Opiola,                                   Civil No. 15-cv-3128 (PAM/TNL)

      Plaintiff,

v.                                                        **ORDER**

Kandiyohi County Sheriff's Department and
Stephanie Last Name Unknown,

      Defendants.

---

This matter is before the Court on the Report and Recommendation of Magistrate Judge Tony N. Leung dated September 17, 2015 (Docket No. 4). No objections to the R&R have been filed in the time period permitted. Accordingly, **IT IS HEREBY ORDERED that**:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute;

2. Plaintiff Walter Raymond Opiola's application to proceed in forma pauperis (Docket No. 2) is **DENIED AS MOOT.**

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 15, 2015                          *s/Paul A. Magnuson*
                                                     Paul A. Magnuson
                                                     United States District Court Judge